No. 525. OCEAN CITY v. FEDERAL RESERVE BANK. January 10, 1938. The motion to reinstate the petition for writ of certiorari is denied. The petition for rehearing is also denied.

No. 382. GENERAL BAKING Co. v. GOLDBLATT BROS. INC. January 17, 1938. The motion for leave to file a second petition for rehearing is granted. The petition for rehearing is denied.

No. 27. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. GOWRAN. January 17, 1938. *Ante,* p. 238.

Nos. 584, 585, and 586. WEIR v. UNITED STATES. January 17, 1938.

Nos. 587, 588 and 589. KORTE v. UNITED STATES. January 17, 1938.

No. 591. GENERAL BAKING Co. v. HARR, SECRETARY OF BANKING, ET AL. January 17, 1938.

No. 616. WEST BROTHERS BRICK Co. v. ALEXANDRIA. January 17, 1938.